IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

KAY ETUE                                                                    PLAINTIFF

VS.                              CASE NO. 5:11-CV-041 DPM

CHARLES COLE, Individually & in His Former
Official Capacity as Lincoln County Judge
and LINCOLN COUNTY, ARKANSAS                                    DEFENDANTS

### DEFENDANTS' REQUEST FOR JURY TRIAL

Comes now the undersigned attorneys who hereby requests a jury trial on behalf of the Defendants.

Respectfully submitted,

By: _____
Ralph C. Ohm, Bar No. 82119
Attorney for Defendants
P.O. Box 1558
Hot Springs, AR 71902-1558
(501) 624-7555
Fax (501) 624-7575
aperma@hotspringslaw.net

C. Burt Newell, Bar No. 82118
Attorney for Defendants
P.O. Box 1620
Hot Springs, AR 71902-1620
(501) 321-2222
Fax (501) 624-0533
aperma@hotspringslaw.net

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that a copy of the above and foregoing pleading was this 17th of February, 2011, served by U.S. Mail, postage paid to:

Robert A. Newcomb
Attorney at Law
P.O. Box 149
Little Rock, AR 72203

By: *Ralph*
Ralph C. Ohm, Bar No. 82119